No. 00–5425. BAILEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–5426. BECERRA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5429. BARNES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–5430. BAYON v. FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5431. KING v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–5432. DIXON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–5433. BOATENG v. INTERAMERICAN UNIVERSITY, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 00–5434. SCOTT v. SIKES, WARDEN. Super. Ct. Tattnall County, Ga. Certiorari denied.

No. 00–5435. SHABAZZ v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 00–5436. RANSOM v. VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–5437. MITLEIDER v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–5438. WILLIAMS v. KLINGER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 00–5439. DOPP v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 00–5441. MADDEN v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 00–5442. NAPIER v. BARON ET AL. C. A. 6th Cir. Certiorari denied.